# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 31, 2016

## NO. 03-16-00236-CV

**8 Mile Park, L. P., Appellant**

**v.**

**Texas Commission on Environmental Quality, Appellee**

## APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, FIELD, AND BOURLAND
## VACATED AND DISMISSED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on March 11, 2016. Having reviewed the record and the parties' arguments, the Court holds the trial court lacked jurisdiction over the suit. Therefore, the Court vacates the trial court's judgment and dismisses the underlying suit for judicial review. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.